**KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP**
599 Lexington Avenue
New York, New York 10022-6030
Phone: (212) 536-3900
Fax: (212) 536-3901

One Newark Center, Tenth Floor
Newark, New Jersey 07102
Phone: (973) 848-4000
Fax: (973) 848-4001

John M. Marmora (JD-1343)
*Attorneys for McDonald's Corporation,
defendant/counterclaim-plaintiff*

---------------------------------------------------------------X
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK      Civil Action No. 07 CV 5700 (SCR)
---------------------------------------------------------------X
                                                                ECF CASE
HYDRIC, INC.,

        Plaintiff,

   v.                                                **RULE 7.1 DISCLOSURE
                                                                  STATEMENT**

MCDONALD'S CORPORATION,

        Defendant.

---------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 (formally Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for McDonald's Corporation (a public non-governmental party) makes the following disclosure:

1.  McDonald's Corporation, a Delaware corporation having its principal place of business at One McDonald's Plaza, Oak Brook, Illinois, certifies that it is a publicly traded company.

Dated: June 13, 2007

>Respectfully submitted,
>
>**KIRKPATRICK & LOCKHART
>PRESTON GATES ELLIS LLP**
>*Attorneys for McDonald's Corporation,
>defendant-counterclaim plaintiff*
>
>BY: _____
>John M. Marmora
>One Newark Center, Tenth Floor
>Newark, NJ 07102
>Tel: (973) 848-4000
>Fax: (973) 848-4001
>E-mail: john.marmora@klgates.com