UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HYDRIC, INC.,

                                Plaintiff,              **RULE 7.1 STATEMENT**

-against-                                          07 CV. 5700 (SCR)

MCDONALD'S CORPORATION,

                                Defendant.
------------------------------------------------------------------X

        Pursuant to the Federal Rules of Civil Procedure Rule 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff Hydric, Inc. (a private non-governmental party) certifies that no corporate parents, affiliates, and/or subsidiaries of said party are publicly held.

Dated: July 5, 2007
       White Plains, New York

                                                  _____
                                                  Joshua E. Kimerling (JK0053)
                                                  CUDDY & FEDER LLP
                                                  Attorneys for Plaintiff
                                                  445 Hamilton Avenue, 14th Floor
                                                  White Plains, New York 10601
                                                  (914) 761-1300 Tel.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
HYDRIC, INC.,

                              Plaintiff,                  **AFFIDAVIT OF SERVICE**

    -against-                                               07 CV. 5700 (SCR)

MCDONALD'S CORPORATION,

                              Defendant.
------------------------------------------------------------------------X

I hereby certify that on July 5, 2007, a copy of the foregoing:

**PLAINTIFF HYDRIC, INC.'S RULE 7.1 STATEMENT**

was filed through the Electronic Filing Case (E.C.F.) procedure under the United States District Court of Southern New York's local rules and served upon Defendant McDonald's Corporation via first class mail and via email through E.C.F. to:

John M. Marmora
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
One Newark Center, 10th Floor
Newark, New Jersey 07102
(973)-848-4000 Tel.
Email: jmarmora@klng.com


Dated: July 5, 2007
       White Plains, New York

                                                                Joshua E. Kimerling (JK0053)
                                                                CUDDY & FEDER LLP
                                                                 Attorneys for Plaintiff
                                                                445 Hamilton Avenue, 14th Floor
                                                                White Plains, New York 10601
                                                               (914) 761-1300 Tel.